FILED
CLERK, U.S. DISTRICT COURT

Apr 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
tgp@wagner-pelayes.com
dew@wagner-pelayes.com

Attorneys for Defendants, COUNTY OF SAN BERNARDINO; SHERIFF JOHN McMAHON; DEPUTY JASON HENDRIX; DEPUTY HECTOR TOBAR; DEPUTY JULIUS McCHRISTIAN; and CITY OF CHINO HILLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARISSA OIEN, individually, and as heir, survivor, and successor-in-interest to Peter John Oien, deceased; E. O. individually, and as heir, survivor, and successor-in-interest to Peter John Oien, deceased, by and through her Guardian ad Litem, Patricia Oien,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF CHINO HILLS; SHERIFF JOHN MCMAHON; DEPUTY JASON HENDRIX; DEPUTY HECTOR TOBAR; DEPUTY JULIUS MCCHRISTIAN; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO.:<br>EDCV 14-01895 SVW (DTBx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Honorable Stephen V. Wilson<br><br><br>JS-6 |

1

1  Defendants, COUNTY OF SAN BERNARDINO; SHERIFF JOHN
2  McMAHON; DEPUTY JASON HENDRIX; DEPUTY HECTOR TOBAR;
3  DEPUTY JULIUS McCHRISTIAN; and CITY OF CHINO HILLS, motion for
4  summary judgment was set for a hearing on March 2, 2015. Additionally,
5  plaintiffs filed a motion for partial summary judgment on limited claims for
6  hearing on the same date. The court, after considering all documents filed on
7  behalf of the defendants and on behalf of the plaintiffs and all oppositions,
8  evidence, and replies, if any, vacated the hearing date and took all the matters
9  under submission without oral argument. After review and consideration of all
10 documents referenced and for good cause . . .
11      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
12 be entered in favor of all defendants and against all plaintiffs on the federal claims
13 which are set forth in plaintiffs' complaint in the Eighth, Ninth, Tenth, Eleventh,
14 Twelfth and Thirteenth Causes of Action. The court declines to exercise
15 supplemental jurisdiction over the state law claims and dismisses the remaining
16 state law claims which comprise the First, Second, Third, Fourth, Fifth, Sixth and
17 Seventh Causes of Action.
18      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the court
19 denies plaintiffs' request for a continuance under Federal Rules of Civil Procedure
20 56(d) and therefore further denies as moot all remaining issues raised in the
21 plaintiffs' motion for summary judgment. This court incorporates the factual and
22 legal findings to support this judgment in its Order of Ruling, Document 42, filed
23 March 2, 2015.
24      IT IS FURTHER, ORDERD, ADJUDGED AND DECREED that
25 defendants shall be entitled to their statutory costs as allowable by law.
26 DATED:   April 8, 2015
27
28 _____
   UNITED STATES DISTRICT JUDGE
   STEPHEN V. WILSON

2